**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rochelle N. Coats III, a/k/a Rochelle N. Alverest | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-10982 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                       Respectfully submitted,

                       /s/ *Michael Farrington*
                       Michael Farrington
                       12 Apr 2023, 13:55:36, EDT

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322