**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rochelle N. Coats III, a/k/a Rochelle N. Alverest | BK NO. 23-10982 AMC |
| Debtor | Chapter 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY Movant | Hearing Date: 06/20/23 |
| vs. | |
| Rochelle N. Coats III, a/k/a Rochelle N. Alverest Kenneth E. West, Trustee Respondents | |

**OBJECTION OF PENNSYLVANIA HOUSING FINANCE AGENCY**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

PENNSYLVANIA HOUSING FINANCE AGENCY (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. On June 7, 2023, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $47,000.47.

2. Debtor's Plan provides for payment in the amount of $28,000.00 towards the arrearage claim of the Secured Creditor.

3. Debtor's Plan understates the amount of the Secured Creditor's claim by $19,000.47 and does not provide sufficient funding to pay said claim including present value interest.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, PENNSYLVANIA HOUSING FINANCE AGENCY, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: June 9, 2023

By: /s/Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant