### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Rochelle N. Coats III, a/k/a Rochelle N. Alverest<br>          Debtor<br><br>**PENNSYLVANIA HOUSING FINANCE AGENCY**<br>          Movant<br><br>                    vs.<br><br>Rochelle N. Coats III, a/k/a Rochelle N. Alverest<br>Kenneth E. West, Trustee<br>          Respondents | **CHAPTER 13**<br><br><br>**NO.** 23-10982 AMC |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNSYLVANIA HOUSING FINANCE AGENCY, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge