# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rochelle N. Coats III, a/k/a Rochelle N. Alverest<br><br>　　　　　　Debtor<br><br>**PENNSYLVANIA HOUSING FINANCE AGENCY**<br>　　　　　　Movant<br>　　vs.<br><br>Rochelle N. Coats III, a/k/a Rochelle N. Alverest<br>Kenneth E. West, Trustee<br>　　　　　　Respondents | CHAPTER 13<br>BK. NO. 23-10982 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 9, 2023**.

Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813 (VIA ECF)
Philadelphia, PA 19107

Michael D. Sayles, Esq.
427 West Cheltenham Ave. (VIA ECF)
Elkins Park, PA 19027

Rochelle N. Coats III, a/k/a Rochelle N. Alverest
225 West Nedro Avenue
Philadelphia, PA 19120

Date: June 9, 2023

　　　　　　　　　　　　　　　　By: /s/Denise Carlon
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant