PATRIOT HOME CARE INC
5700 N Broad St Third Floor
Philadelphia PA 19141

1407-7304
ORG1:200 Field
EE ID: PHI5840    DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

**PERSONAL AND CHECK INFORMATION**
Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
Soc Sec #: xxx-xx-xxxx    Employee ID: PHI5840

Home Department: 200 Field

Pay Period: 04/24/22 to 05/07/22
Check Date: 05/13/22    Check #: 139606

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 202 | 1234.51 | 11491.36 |
| NET PAY | 1234.51 | 11491.36 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 13.0000 | 1040.00 | 784.50 | 8789.50 |
| | Overtime | 25.00 | 19.5000 | 487.50 | 302.25 | 5062.15 |
| | Holiday Worked | | | | 15.50 | 255.75 |
| | Total Hours | 105.00 | | | 1102.25 | |
| | Gross Earnings | | | 1527.50 | | 14107.40 |
| | Total Hrs Worked | 105.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 94.71 | 874.66 |
| Medicare | | 22.15 | 204.56 |
| Fed Income Tax | M 2 | 69.67 | 553.56 |
| PA Income Tax | | 46.89 | 433.09 |
| PA Unemploy | | 0.92 | 8.47 |
| PA PHILA-Phi Inc | | 58.65 | 541.70 |
| TOTAL | | 292.99 | 2616.04 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1234.51 | 11491.36 |

0942 1407-7304 Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA 19141 • (267) 608-1526