

## Pay Stub

Page 1 of 1

Report Date: 06/19/2023 09:18

**Caregiver:** Coates Rochelle
**Office:** Patriot Home Care, Inc.- Philadelphia
**Sort By:** Caregiver Name

**From Week Date:** 06/04/2023
**To Week Date:** 06/10/2023
**Prior Week:** Yes

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UQHK0110(06/04/2023-06/10/2023) | | | | | | | | | | | | | | | | |
| Coates Rochelle ( 5840 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 06/05/2023 | 0010-0804 | 2000338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 2 | 06/06/2023 | 2359-0759 | 2000338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 3 | 06/07/2023 | 0000-0756 | 2000338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 4 | 06/08/2023 | 0000-0757 | 2000338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 5 | 06/09/2023 | 0000-0757 | 2000338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 6 | 06/10/2023 | 2359-0755 | 2000338802 | DARGAN ROCHELLE | | | PCA Base | | | 08:00 | 19.50 | $156.00 | | | | $156.00 |
| | | | | Week Total: | 40:00 | | | | $520.00 | 08:00 | | $156.00 | | | | $676.00 |

 HHAeXchange

# Pay Stub

Page 1 of 1

**Caregiver:** Coates Rochelle  **From Week Date:** 05/21/2023  **To Week Date:** 05/27/2023
**Office:** Patriot Home Care, Inc- Philadelphia
**Sort By:** Caregiver Name  **Prior Week:** Yes

Report Date: 06/19/2023 09:18

**UQHK0102(05/21/2023-05/27/2023)**

**Coates Rochelle ( 5840 )**

**Current Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/21/2023 | 2358-0757 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 2 | 05/22/2023 | 0000-0800 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 3 | 05/23/2023 | 2358-0756 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 4 | 05/24/2023 | 0024-0756 | 200338802 | DARGAN ROCHELLE | 07:30 | | PCA Base | 13.00 | $97.50 | | | | | | | $97.50 |
| 5 | 05/25/2023 | 0000-0756 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 6 | 05/27/2023 | 0001-0756 | 200338802 | DARGAN ROCHELLE | 00:30 | | PCA Base | 13.00 | $6.50 | 07:30 | 19.50 | $146.25 | | | | $152.75 |
| | | | | Week Total: | 40:00 | | | | $520.00 | 07:30 | | $146.25 | | | | $666.25 |



# Pay Stub

Page 1 of 1

**Caregiver:** Coates Rochelle
**Office:** Patriot Home Care, Inc- Philadelphia
**Sort By:** Caregiver Name

**From Week Date:** 05/14/2023
**Prior Week:** Yes

**To Week Date:** 05/20/2023
**Report Date:** 06/19/2023 09:17

**UQHK0098 (05/14/2023-05/20/2023)**

**Coates Rochelle ( 5840 )**

### Current Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/14/2023 | 0002-0756 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 2 | 05/15/2023 | 2358-0900 | 200338802 | DARGAN ROCHELLE | 09:00 | | PCA Base | 13.00 | $117.00 | | | | | | | $117.00 |
| 3 | 05/16/2023 | 0001-0809 | 200338802 | DARGAN ROCHELLE | 08:15 | | PCA Base | 13.00 | $107.25 | | | | | | | $107.25 |
| 4 | 05/17/2023 | 2358-0756 | 200338802 | DARGAN ROCHELLE | 08:00 | | PCA Base | 13.00 | $104.00 | | | | | | | $104.00 |
| 5 | 05/18/2023 | 0000-0801 | 200338802 | DARGAN ROCHELLE | 06:45 | | PCA Base | 13.00 | $87.75 | 01:15 | 19.50 | $24.36 | | | | $112.13 |
| 6 | 05/19/2023 | 0009-0757 | 200338802 | DARGAN ROCHELLE | | | PCA Base | | | 07:45 | 19.50 | $151.13 | | | | $151.13 |
| 7 | 05/20/2023 | 2358-0759 | 200338802 | DARGAN ROCHELLE | | | PCA Base | | | 08:00 | 19.50 | $156.00 | | | | $156.00 |
| | | | | **Week Total:** | 40:00 | | | | $520.00 | 17:00 | | $331.51 | | | | $851.51 |

**UQHK0098 (04/30/2023-05/06/2023) [With OT]**

**Coates Rochelle ( 5840 )**

### Previous Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 05/05/2023 | 1600-0000 | 200338802 | DARGAN ROCHELLE | | | PCA Base | | | 08:00 | 19.50 | $156.00 | | | | $156.00 |
| | | | | **Week Total:** | | | | | | 08:00 | | $156.00 | | | | $156.00 |