UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Rochelle N. Coates, II**        :        CHAPTER  13
                                                         :
                                                         :
DEBTOR                                       :        BANKRUPTCY NO: **23-10982\amc**
                                                         :
**************************************************************************

## PRAECIPE TO AMEND NAME OF DEBTOR

To the Clerk, United States Bankruptcy Court:

    Kindly amend the Debtor's name to **Rochelle N. Coates** from Rochelle N. Coates, II, for the record.

Respectfully Submitted,

Date: **May 14, 2024**

By:    **\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027-3201
215.635.2270
Midusa1@comcast.net