IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Rochelle Coates** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10982** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that the Chapter 13 Standing Trustee or any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

                                                Respectfully Submitted,

Dated: **September 24, 2024**    \s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Suite #2
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net