UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Rochelle Coates** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **23-10982\AMC** |

# ORDER OF COURT

**AND NOW,** this ___25th___ day of ___Sept.___ 2024, **after notice and hearing**, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

**It is hereby Ordered that the Motion is granted.**

By the court:

_____
U.S. Bankruptcy Court Judge