United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-10982-amc

Rochelle N. Coates, II                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2

Date Rcvd: Aug 06, 2025　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rochelle N. Coates, 225 West Nedro Avenue, Philadelphia, PA 19120-1838 |
| 14771013 | + | Gregory Alverest, 225 West Nedro, Philadelphia, PA 19120-1838 |
| 14771012 | + | Gregory Alverest, 225 West Nedro Avenue, Philadelphia, PA 19120-1838 |
| 14773215 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14771016 | + | Tabas & Rosen, PC, Suite 2300, 1601 Market Street, Philadelphia, PA 19103-2306 |
| 14771017 | + | US Bank NA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14771018 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14771019 | + | Utah Loan Service, PO Box 445, Kaysville, UT 84037-0445 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14771009 | | Email/Text: tropiann@einstein.edu | Aug 07 2025 00:33:00 | Albert Einstein Healthcare Network, 101 E Olney Ave Suite 301, Philadelphia, PA 19120-2470 |
| 14800537 | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14771011 | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14818928 | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14771010 | + | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14771014 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 07 2025 00:33:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14771015 | ^ | MEBN | Aug 07 2025 00:27:54 | KML Law Group, PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14788356 | + | Email/Text: blegal@phfa.org | Aug 07 2025 00:33:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14771440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

Case 23-10982-amc    Doc 78    Filed 08/08/25    Entered 08/09/25 00:38:15    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: pdf900 | Total Noticed: 20 |

| 14786011 | ^ MEBN | | Aug 07 2025 00:27:49 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
|---|---|---|---|---|
| 14771020 | Email/Text: megan.harper@phila.gov | | Aug 07 2025 00:33:00 | Water Revenue Bureau, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Rochelle N. Coates midusa1@comcast.net midusa1@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Rochelle Coates** | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Bankruptcy. No. **23-10982\amc** |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: Aug. 5, 2025

_____
Honorable Ashely M. Chan
U.S. BANKRUPTCY JUDGE