IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Rochelle Coates**  :  CHAPTER 13
:
:
DEBTOR  :  Bankruptcy No: **23-10982\amc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation nor an Application for Administrative Expense has been filed.

Dated: **November 7, 2025**           Respectfully Submitted,

                    **\s\ Michael D. Sayles**
                    Michael D. Sayles
                    Attorney for Debtor
                    PO Box 11222
                    Elkins Park, PA  19027
                    215-635-2270 (phone)
                    midusa1@comcast.net