IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Rochelle Coates** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No: **23-10982\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Supplemental Application for Compensation.

**November 7, 2025**                                  Respectfully Submitted,

                                                             **\s\ Michael D. Sayles**
                                                             Michael D. Sayles
                                                             Attorney for Debtor
                                                             PO Box 11222
                                                             Elkins Park, PA 19027
                                                             215.635.2270
                                                             midusa1@comcast.net